# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Barrington Boyd, | ) | JUDGMENT IN CASE |
| | ) | |
| Appellant, | ) | 3:16-cv-00597-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Live Naturally LLC, Carolina Parkway LLC, | ) | |
| | ) | |
| Appellee. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2016 Order.

September 22, 2016

_/s/ Frank G. Johns_
Frank G. Johns, Clerk
United States District Court